NVB 10–2(a) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>PAUL A. MORABITO,<br>　　　　　　　Debtor(s) | BK−13−51237−gwz<br>CHAPTER 7<br><br>Adversary Proceeding: 15−05019−gwz |
| JH, INC., et al,<br>　　　　　　　Plaintiff(s) | ORDER GRANTING<br>VERIFIED PETITION |
| vs | |
| PAUL A. MORABITO, et al,<br>　　　　　　　Defendant(s) | |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by David B. Shemano , FRANK C. GILMORE is **GRANTED**.

Dated: 7/21/16

　　　　　　　　　　　　　　　　　　　　*Mary A Schott*

　　　　　　　　　　　　　　　　　　　　Mary A. Schott
　　　　　　　　　　　　　　　　　　　　Clerk of Court