NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−13−51237−gwz |
| PAUL A. MORABITO, | CHAPTER 7 |
| Debtor(s) | Adversary Proceeding: 15−05019−gwz |
| JH, INC., et al, Plaintiff(s) | NOTICE OF HEARING |
| v. | Hearing Date:  12/20/18 |
| PAUL A. MORABITO, et al, Defendant(s) | Hearing Time:  03:00 PM |

**NOTICE IS GIVEN** that a Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

Hearing Date:      12/20/18
Hearing Time:      03:00 PM
Hearing Location:  GWZ−Courtroom 1, Young Bldg.
                   300 Booth Street
                   Reno, NV 89509

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

*165* – Application for Authorization to Register Judgment Filed by MARK M. WEISENMILLER on behalf of BERRY−HINCKLEY INDUSTRIES, JERRY HERBST, JH, INC. (WEISENMILLER, MARK)

*173* – Ex Parte Motion to Examine Judgment Debtor Filed by MARK M. WEISENMILLER on behalf of BERRY−HINCKLEY INDUSTRIES, JERRY HERBST, JH, INC. (WEISENMILLER, MARK)

*191* – Motion to Compel Compliance with the Subpoena to Robison Sharp Sullivan Brust Filed by MARK M. WEISENMILLER on behalf of BERRY−HINCKLEY INDUSTRIES, JERRY HERBST, JH, INC. (WEISENMILLER, MARK)

This hearing is scheduled for the following reason:

The Court may hear further argument regarding the pending motions, and intends to render oral rulings. Parties shall participate telephonically..

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 12/14/18

*Mary A Schott*

Mary A. Schott
Clerk of Court